MAX WIENER et al., Copartners Doing Business under the Name of WIENER REALTY Co., Landlords, Appellants, *v.* REGENT BRAND CLOTHES, INC., Tenant, Respondent.

Supreme Court, Appellate Term, First Department, April 23, 1953.

*Bernard L. Seligman* for appellants.

*Samuel Robert Weltz* and *Milton B. Franklin* for respondent.

*Per Curiam.* Examinations before trial in summary proceedings are contrary to the spirit and intent of the Legislature in providing the summary remedy (*Dubowsky* v. *Goldsmith*. 202 App. Div. 818).

The court had no jurisdiction to stay the summary proceedings before final order (Civ. Prac. Act, § 1446).

The order should be reversed, with $10 costs, motion denied and stay vacated.

SCHREIBER and HECHT, JJ., concur in *Per Curiam* memorandum; HOFSTADTER, J., concurs in result solely on ground that in the particular circumstances of this case it was an abuse of discretion to grant order for examination; I do not regard the *Dubowsky* case as persuasive, nor, of course, is it controlling — and in this view, in a proper case, the court would have jurisdiction to order an examination and, pending its completion, order a stay.

Order reversed, etc.